UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Docket no. 2:15-cr-175-GZS |
| JOEL A. SABEAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER AND REPORT OF CONFERENCE**

On February 22, 2016, the Court held a conference of counsel to discuss the scheduling of this matter in light of the pending Unopposed Motion to Extend Time for Pretrial Motion and Continue the Trial Date (ECF No. 17) and the February 16, 2016 Letter from Attorney McCloskey (ECF No. 18).

With respect to the pretrial motion deadline, the Court indicated that pretrial motions should be filed as soon as practicable and no later than June 15, 2016, the deadline proposed by counsel.  The Government indicated that depending on the number and length of the Defendant's pretrial motion it may seek a short extension of the response deadline.  The Court will consider any such request when made.  However, in order for the Court to issue rulings on all pretrial motions well before trial, the Court encourages counsel to complete pretrial motion briefing expeditiously.

With respect to trial scheduling, counsel indicated that this case is firm for trial at this time and will require approximately two weeks for trial.  Counsel for Defendant orally indicated that Defendant agrees to waive speedy trial deadlines in order to place this case on the Court's

November 2016 trial list. The Court asked counsel to confirm this waiver in writing. By setting this matter on the November 2016 trial list now, the Court expects that counsel will prepare this case and their respective schedules accordingly.

The Court hereby GRANTS WITHOUT OBJECTION the Unopposed Motion to Extend Time for Pretrial Motion and Continue the Trial Date (ECF No. 17). Upon filing of Defendant's waiver of speedy trial, the Court will formally enter a Speedy Trial Order that continues this case until the November 2016 jury selection.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 22nd day of February, 2016.