# Exhibit K



## U.S. Department of Justice

United States Attorney

District of Maine

| Headquarters: | Branch: |
|---|---|
| 100 Middle Street | Margaret Chase Smith Federal Building |
| 6th Floor, East Tower | 202 Harlow Street, Room 111 |
| Portland, ME 04101 | Bangor, ME 04401 |
| (207) 780-3257 | (207) 945-0373 |
| TTY (207) 780-3060 | TTY (207) 945-0307 |
| FAX (207) 780-3304 | FAX (207) 945-0319 |

## FACSIMILE COVER SHEET
## CONFIDENTIAL - FOR ADDRESSEE ONLY

| Date: | Friday, February 07, 2014 | No. of Pages: | 07 (Including Cover) |
|---|---|---|---|
| To: | Michael Sheehan | From: | GCH for David Joyce |
| FAX: | 207-791-3111 | Phone: | 207-780-3257 |
| Phone: | | | |
| Company: | | | |

**Comments:**
Please see attached.

---

The document accompanying this transmittal sheet is intended only for the use of the individual(s) or entity to which it is addressed and may contain information that is legally privileged or otherwise not subject to disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited . If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you.



**U.S. Department of Justice**

*United States Attorney*
*District of Maine*

*100 Middle Street*          *(207) 780-3257*
*6th Floor, East Tower*     *TTY (207) 780-3060*
*Portland, ME 04101*      *Fax (207) 780-3304*
                         *www.usdoj.gov/usao/me*

February 7, 2014

**BY FACSIMILE**

Michael L. Sheehan, Esq.
PretiFlaherty
P.O. Box 9546
Portland, ME 04112-9546
Facsimile: 207-791-3111

Dear Mr. Sheehan:

       Enclosed is a copy of a federal grand jury subpoena served today upon Sheer Investigations. I understand from AUSA Michael Conley that you intend to assert a privilege over these records but have not yet provided the basis for the privilege claim. Knowing that a privilege claim has been asserted, the subpoena directs Sheer to produce the records directly to Mr. Conley, who is assigned to lead the filter review team. In the event you move to quash the subpoena, please direct all filings to Mr. Conley.

                                                 Sincerely yours,

                                                 Richard W. Murphy
                                                 Attorney for the United States
                                                 Acting Under Authority Conferred
                                                 by 28 U.S.C. § 515

                                                 David B. Joyce
                                                 Assistant United States Attorney

cc:      AUSA Michael Conley



**U.S. Department of Justice**

*United States Attorney*
*District of Maine*

---

*100 Middle Street*  (207) 780-3257
*6th Floor, East Tower*  TTY (207) 780-3060
*Portland, ME 04101*  Fax (207) 780-3304
  www.usdoj.gov/usao/me

February 7, 2014

Custodian of Records
Sheer Investigations
205 Worth Avenue, Suite 201
Palm Beach, FL 33480

To Whom It May Concern:

    Enclosed is a federal grand jury subpoena for records relating to Dr. Joel Sabean and Shannon Sabean. This office has been notified by Dr. Sabean's attorney, Michael Sheenan, that he deems these records to be covered by an attorney-client privilege. You are therefore requested to direct your response to Assistant U.S. Attorney Michael Conley at the above address, who is the designated "filter attorney" for this matter assigned to handle any claims involving privileged materials.

                        Sincerely yours,

                        Richard W. Murphy
                        Attorney for the United States
                        Acting Under Authority Conferred
                        by 28 U.S.C. § 515

                        David B. Joyce
                        Assistant United States Attorney

cc:    Michael L. Sheehan, Esq.
       PretiFlaherty
       P.O. Box 9546
       Portland, ME 04112-9546



**U.S. Department of Justice**

*United States Attorney*
*District of Maine*

---

| | |
|---|---|
| 100 Middle Street | (207) 780-3257 |
| 6ᵗʰ Floor, East Tower | TTY (207) 780-3060 |
| Portland, ME 04101 | Fax (207) 780-3304 |
| | www.usdoj.gov/usao/me |

## INFORMATION REGARDING SUBPOENA TO PRODUCE RECORDS

ENCLOSED IS A SUBPOENA TO TESTIFY AND PRODUCE RECORDS BEFORE A GRAND JURY OF THE DISTRICT OF MAINE. YOU HAVE AN ABSOLUTE RIGHT TO PERSONALLY APPEAR BEFORE THE GRAND JURY AND TO RETURN THE RECORDS CALLED FOR IN PERSON. IF YOU WISH TO PERSONALLY APPEAR, PLEASE CONTACT THE ASSISTANT U.S. ATTORNEY WHOSE NAME APPEARS IN THE LOWER LEFT-HAND CORNER OF THE SUBPOENA. INSTEAD OF PERSONALLY APPEARING, YOU MAY, IF YOU WISH, RETURN THE RECORDS CALLED FOR BY THE METHOD(S) CHECKED BELOW:

[✓] Turning over such records to the agent serving this subpoena.

[✓] By causing the delivery (by mail or other means) of the records to the assistant U.S. attorney whose name appears in the lower left-hand corner of the subpoena.

PLEASE ALSO BE ADVISED AS FOLLOWS (ONLY CHECKED ITEM(S) APPLY):

[ ] As a recipient of a grand jury subpoena for financial institution records, you should be aware of civil and criminal penalties for making certain disclosures regarding this subpoena. The prohibited notifications and applicable penalties are stated in 12 U.S.C. § 3420(b)(1) and 18 U.S.C. § 1510(b). The criminal penalties include fines and a maximum prison term of five years if an officer of a financial institution, as defined in 18 U.S.C. § 1510(b) notifies, directly or indirectly, any person regarding the existence or contents of this subpoena with the intent to obstruct a judicial proceeding. In addition, fines and a maximum prison term of one year may be imposed if the notification is made, directly or indirectly, to a customer of the financial institution whose records are sought by the subpoena or to any other person named in the subpoena. Civil monetary penalties may also be imposed.

[✓] This subpoena relates to the investigation of a federal felony offense. The disclosure of the existence of such subpoena may impede or impair such investigation. It is requested that you not disclose the existence of this subpoena other than as may be necessary in order to effect compliance or as required by law.

Rev. 10/1/09

AO 110 (Rev. 01/09) Subpoena to Testify Before a Grand Jury                    12-031_065

# UNITED STATES DISTRICT COURT
for the
District of Maine

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: SHEER INVESTIGATIONS
ATTENTION: CUSTODIAN OF RECORDS
205 WORTH AVENUE SUITE 201
PALM BEACH, FLORIDA 33480
TEL: (561) 385-3850

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Edward T. Gignoux Federal Courthouse<br>156 Federal Street<br>Portland, ME 04101 | Date and Time:<br>02/25/2014 9:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Attachment A.

Date: 02/07/2014

Christa K. Berry
Clerk, U.S. District Court

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
David B. Joyce, AUSA
100 Middle Street, 6th Floor, East Tower
Portland, ME 04101
David.Joyce@usdoj.gov    207-780-3257

<u>ATTACHMENT A</u>

SHEER INVESTIGATIONS
ATTENTION: CUSTODIAN OF RECORDS
205 WORTH AVENUE SUITE 201
PALM BEACH, FLORIDA 33480
TEL: (561) 385-3850

RECORDS TO BE PRODUCED:

Any and all records, documents, information, video surveillance, or other data relating to:

1. Any investigations or services provided by your company at the request of Dr. Joel Sabean, 3 Carriage Road, Falmouth, Maine.

2. Any investigations or services involving Shannon Sabean, DOB ███ 1975, 22214 Bella Lago Drive, Boca Raton, Florida.

Please complete and sign the attached Certificate of Authenticity of Business Records and return it with the requested records.

12-031_065

# CERTIFICATE OF AUTHENTICITY
# OF BUSINESS RECORDS
### (Pursuant to Federal Rules of Evidence 803(6) and 902(11))

I, _____, am employed by/associated with
(Please print)

_____. My official title is _____.
(organization)                                                  (Please print)

By reason of my position I am familiar with how _____
(organization)

maintains records relating to its regularly conducted business activity, and I am authorized and

qualified to make this declaration.

I further certify that the attached records are originals or true copies of records which:

(A) Were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters;

(B) Were kept in the course of regularly conducted business activity;

(C) Were made by the said business activity as a regular practice; and

(D) If not original records, are duplicates of original records.

I declare under penalty of criminal punishment for perjury and false statement that the

foregoing is true and correct.

Executed on _____      _____
                          Date                                                    Signature

                                                                   _____
                                                                                Printed Name