# GARY R. HATFIELD, M.D., F.A.C.P.

Exhibit B

Phone: 207-513-3550
Fax: 207-795-6140
3 Willow Run, Auburn, ME.  04210

## PROFESSIONAL EXPERIENCE

Chairman, Maine State Board of Licensure in Medicine    July 2011-July 2013
- Led all public and closed session meetings
- Led all informal conferences (attended by physicians, the attorneys representing them, and public complainants)
- Led the Board in its decision making after all licensure hearings

Secretary, Maine State Board of Licensure in Medicine    July 2006 - July 2011
- Reviewed all applicants for licensure
- Ran Board meetings when Chairman was absent

Board Member, Maine State Board of Licensure in Medicine   Sept. 2001 - June 2006
- Lead case reviewer on almost 1000 cases
- Reviewed and addressed specific complaints, problems, and clinical quality of care issues
- Extensive knowledge of standards of care and medical ethics

Member, Medical Board, Maine Public Employee Retirement System    Jan.2013–July 2014
- Reviewed disability claims, including records review
- Wrote opinions on existence of disability, along with expected length and limitations
- Suggested other treatments, therapies, or modalities that could help with recovery or ability to work

Medical Director, Quality Assessment, Central Maine Medical Center   Feb.1992 - Aug.1995
- Inpatient hospital data review, looking at individual physician's data
- Data was presented privately to each physician in a manner meant to motivate and not to demean, with a goal of changing practice patterns where appropriate
- Long term statistics showed program was very successful at improving clinical care and lowering costs

Member, Peer Review Committee, St. Mary's Regional Medical Center    March 2016 - present
- Review of inpatient and outpatient care when concerns are raised, both clinical and non-clinical, followed by recommendations for both change and follow up as needed

# GARY R. HATFIELD, M.D., F.A.C.P.

Phone: 207-513-3550
Fax: 207-795-6140
3 Willow Run, Auburn, ME. 04210

## CLINICAL PRACTICE

LA Internal Medicine, Auburn, ME,                1989-Present
    -a primary care practice of St. Mary's Regional Medical Center, Lewiston, ME
- Over 26 years of primary care Internal Medicine
- Practice with two other physicians and a nurse practitioner
- Special interests include preventative care and diabetes mellitus
- Provided inpatient hospital care to our patients    1989-2011

Active Staff, Department of Internal Medicine, St. Mary's Regional Medical Center (SMRMC)

## BOARD / INSTITUTIONAL / DEPARTMENT POSITIONS
Member, Peer Review Committee, SMRMC, Lewiston, ME   March 2016 - present
Board Member, Central Maine Medical Center (CMMC), Lewiston, ME   Feb. 2004 - June 2005
Medical Staff President, CMMC   July 1995 - June 1997
Medical Staff Vice President, CMMC   July 1993 - June 1995
Medical Staff Secretary, CMMC   July 1991 - June 1993
Board Member, Integrated Health Care   June 1993 - March 1995
Board Member Lewiston-Auburn Physician Association   June 1993 - March 1995
Co-Chair, Medical Staff Quality Improvement Committee, CMMC   July 1999- June 2005
Co-Chairman, Joint Hospital Cooperation Committee   1991-1994
Member, OB/GYN - Anesthesia Joint Committee   1992

## EDUCATION
| | |
|---|---|
| Undergraduate | Haverford College, Haverford, PA. |
| | B.A., English, 1982 |
| Medical School | University of Vermont College of Medicine, Burlington, VT. |
| | M.D., 1986 |
| Residency | Geisinger Medical Center, Danville, PA. |
| | Internal Medicine, 1986-1989 |

## BOARD CERTIFICATION & LICENSURE
American Board of Internal Medicine: 1989
Maine State License: Active, 1989-present

## HONORS/AWARDS
Fellow, American College of Physicians 1995
Teacher of the Year: Family Practice Residency, Central Maine Medical Center, Lewiston, ME
    1992, 1997, 2004
Vermont Honor Scholar, 1978

# GARY R. HATFIELD, M.D., F.A.C.P.

**Phone:** 207-513-3550
**Fax:** 207-795-6140
3 Willow Run, Auburn, ME.  04210

## PROFESSIONAL MEMBERSHIPS AND SOCIETIES
Fellow, American College of Physicians
Member, Maine Medical Association

## TEACHING
Instructor in Internal Medicine, Family Practice Residency, Central Maine Medical Center 1989-2007
Coordinator, Internal Medicine Lecture Series, Family Practice Residency, Central Maine Medical Center 1989-2003
Coordinator, Medical Grand Rounds, Central Maine Medical Center 1998-1999, 2004-2005

## CONTINUING MEDICAL EDUCATION
Medical Knowledge Self-Assessment Program (MKSAP), through the American College of Physicians: all MKSAP from 1992 to present, MKSAP IX through XVI
American College of Physicians/Scientific American Medicine, monthly CME program
AudioDigest Internal Medicine, biweekly CME program
PriMed Conference, Boston, MA, yearly 4 day primary care update, 2008 - 2015