**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Docket no. 2:15-cr-175-GZS |
| JOEL A. SABEAN, | ) |
| | ) |
| Defendant. | ) |

**PROCEDURAL ORDER REGARDING SEALED DOCKET ENTRIES**

Before the Court is Defendant's Motion to Keep Certain Docket Entries under Seal (ECF No. 77), which was itself filed under seal.[1]  This Motion was filed after the Court advised the parties that absent any objection or proposed redactions, it intended to unseal the previously sealed docket entries in this case after jury selection was complete.  Such unsealing is consistent with the Court's obligations to conduct a fair but public trial for Defendant.  As explained herein, Defendant's Motion is GRANTED IN PART.

To the extent that the Defendant has proposed filing redacted versions of five particular documents, the pending Motion is GRANTED.  Defendant is hereby ORDERED to file the proposed redacted versions previously filed as ECF Nos. 77-1 through 77-5 as standalone filings on the docket within 24 hours of the entry of this Order.  The underlying papers (ECF Nos. 32, 39, 40, 45 & 51), along with the attachments and related docket entries shall remain sealed pending a further order of this Court.

The Clerk is directed to unseal the following other docket entries at this time:

---

[1] While the Court will allow the pending motion papers to remain sealed until trial in this matter is concluded, the Court files this Order on an unsealed basis.

      Notice of Correction in Government's Response (ECF No. 34)

      Amended Certificate of Service (ECF No. 35)

      Government Motion for Mental Exam (ECF No. 54)

          Related Motion to Seal (ECF No. 53)

          Related Endorsment Order on Motion to Seal (ECF No. 55)

      Order on Government's Motion for Mental Examination (ECF No. 74)

      Motion in Limine Regarding Dr. Voss (ECF No. 84)

          Related Motion to Seal (ECF No. 83)

      Response to ECF No. 84 (ECF No. 86)

          Related Motion to Seal (ECF No. 85)

          Related Endorsement Order on Motions to Seal (ECF No. 87)

      Order on Dr. Voss (ECF No. 93)

To the extent that other docket items remain sealed, the Court has determined that such continued sealing of those items is necessary to ensure the Defendant a fair trial.[2] Recognizing that many evidentiary rulings will be made during the course of trial, the Court concludes that documents proffering and discussing evidence that may be excluded from trial should not be publicly available before final evidentiary rulings are made in open court. However, to the extent any docket item that remains sealed relates to evidence that is ultimately admitted at trial, the Court anticipates that these docket items will be unsealed in connection with the trial's conclusion.

      SO ORDERED.

                                        /s/ George Z. Singal
                                        United States District Judge

Dated this 31st day of October, 2016.

---

[2] The items that are to remain sealed include exhibits at ECF Nos. 54-1, 86-1, 86-2 as well as the exhibits attached to the various motion papers that are being being unsealed with redactions.