```
              UNITED STATES DISTRICT COURT

                   DISTRICT OF MAINE
_____

UNITED STATES OF AMERICA,         CRIMINAL ACTION

          Plaintiff               Docket No: 2:15-cr-175-GZS


     -versus-                        E X C E R P T

                                     Shannon Sabean

JOEL A. SABEAN, MD,

          Defendant
_____

              Transcript of Proceedings
```

Pursuant to notice, the above-entitled matter came on for **Trial** held before **THE HONORABLE GEORGE Z. SINGAL,** United States District Court Judge, in the United States District Court, Edward T. Gignoux Courthouse, 156 Federal Street, Portland, Maine on the 4th day of November, 2016 at 8:36 a.m. as follows:

Appearances:

For the Government:   David B. Joyce, Esquire

                      James W. Chapman, Jr., Esquire
                      Assistant United States Attorneys

For the Defendant:    Alfred C. Frawley, IV, Esquire
                      Jay P. McCloskey, Esquire
                      Thimi E. Mina, Esquire


                      Dennis R. Ford
                   Official Court Reporter

              (Prepared from manual stenography
               and computer aided transcription)

1  (The following is an excerpt).

2  (Open court. Defendant present).

3  (Jury entered. Time noted: 8:35 a.m.)

4  (Witness Shannon Sabean previously sworn.

5  THE COURT: Mr. Mina, you indicated you have
6  no additional questions; is that correct?

7  MR. MINA: No, Your Honor, not at this time.

8  THE COURT: Redirect.

9  REDIRECT EXAMINATION

10 BY MR. JOYCE:

11 Q.  Ms. Sabean, good morning.

12 A.  Good morning.

13 Q.  Ms. Sabean, are you happy to be here in court
14 talking about sexual abuse?

15 A.  No, of course I'm not. It's devastating. I
16 don't want anyone to know about it.

17 Q.  Are you happy to be here talking about your life
18 in general?

19 MR. MINA: Objection, Your Honor.

20 THE COURT: Sustained.

21 BY MR. JOYCE:

22 Q.  In 1997, did you want to talk about sexual abuse?

23 MR. MINA: Objection, Your Honor.

24 THE COURT: Overruled.

25 A.  No.

```
 1  Q.    How old were you when you first saw a counselor?
 2  A.    Around 13.
 3  Q.    Did your father give you any warnings and
 4  instructions before you saw the counselor?
 5            MR. MINA:  Objection, Your Honor.
 6            THE COURT:  Overruled.  Goes to issues raised
 7  on cross.
 8  A.    That I shouldn't mention anything that happened
 9  between us.
10  Q.    He told you that before you saw the counselor?
11  A.    Yes.
12  Q.    You mentioned SAR, you were seeing somebody from
13  there; do you remember what that stands for?
14  A.    That's the Sexual Abuse Recovery.
15  Q.    How long did you see a counselor from there?
16  A.    Just for a very short period of time.  Just a
17  couple of times.
18  Q.    You testified that you wanted to make your father
19  proud, right?
20            MR. MINA:  Objection, Your Honor.
21            THE COURT:  Overruled.
22  A.    I love my father.  To this day I love my father
23  very much and I feel terrible about what he's going
24  through and I don't want him to go to jail, I don't
25  want bad things to happen to him because he's my father
```

1  and people might not be able to understand that, but I
2  always looked up to my father and I idolize my father.
3  I thought my father was like a superman and I always
4  wanted to be better for him, wanted to be a better
5  daughter, wanted to be a better person and I guess I'm
6  not getting to the point of your question. Can you
7  just ask the question one more time? I'm sorry.
8  Q.     You testified that you wanted to make him proud.
9  A.     Right. And you reason I wanted him to be proud
10 of me was because, you know, I wanted to live up to
11 be -- on that genetic paper that my mom and dad
12 together should have made a perfect kid. I wanted to
13 be a perfect kid. But I came from such a messed up
14 upbringing that I couldn't be any of those things and
15 so a lot of times those are at the root of what I lied
16 about.
17         I lied about wanting to be better than I was,
18 wanting to be more than I was. I would say I was a
19 fashion photographer because I wanted to be successful
20 at something that I did, but I never really excelled at
21 that or say I had a better job than I did or that I was
22 in college and finished college when I hadn't because
23 these were things I wanted to do or never had the
24 opportunity to do or came in the way or I was in the
25 way of myself and I just felt ashamed and with all of

1   the abuse I went through, I hated myself.  I hated
2   myself all my life.  I've hated myself and I wanted him
3   to be proud of me because I thought if I could get him
4   to be proud of me, then I could be proud of myself.
5   Q.   You said you didn't speak to him for a period of
6   time when you were about 16 or 17; is that right?
7   A.   Yes.
8   Q.   Why?
9   A.   Because my father had -- my father had me see a
10  psychiatrist and psychiatrists believed in separating
11  the father figure from the child figure.  We were
12  disciplining the mother and that the mother should do
13  all of the disciplining and the father should
14  communicate only directly with the mother and then they
15  should communicate with the psychiatrist, so what would
16  happen is say I was late -- giving you one example, one
17  day I was supposed to meet my parents at the movies and
18  I was suppose to buy tickets for the whole family.
19           MR. MINA:  Objection, Your Honor, this is
20  non-responsive.
21           THE COURT:  This is non-responsive.
22  A.   Okay.
23           THE COURT:  Ask another question.
24  BY MR. JOYCE:
25  Q.   Let's mover forward.  The last time you had a

1   sexual encounter with your father was at the golf
2   course after TJ Maxx; do you remember?
3   A.   Yes.
4   Q.   Do you remember that I showed you a credit card,
5   I believe it was for a charge for a bead store in
6   Freeport?
7   A.   Yes.
8   Q.   Do you recall if that was the same trip?
9   A.   Yes.  It was all on the same trip.
10  Q.   You talked about airline reservations.  Mr. Mina
11  asked you about airline reservations; do you remember
12  that?
13  A.   Yes.
14  Q.   Did you ever expect your father to travel on all
15  of those booked flights?
16  A.   No.  I knew he would never come.
17  Q.   Why did you make so many reservations?
18  A.   In the back of my mind, I guess I was always
19  hoping that I hope he would get on one of those planes
20  and he would come and he would see me, but I made all
21  of those plane reservations, like I said yesterday,
22  because just the hope that he would have in the back of
23  his mind that one day he could leave the life that he
24  was so miserable in.
25  Q.   Do you know if he showed those reservations to

1  your mother?
2  A.  No.
3  Q.  Do you know if he showed them to his bookkeeper?
4  A.  No, not for sure.
5  Q.  You went through the e-mails that you sent in
6  February and March, the so-called apology e-mails; do
7  you remember those?
8  A.  Yes.
9  Q.  Do you know if any of those were actually shared
10 with your mother?
11 A.  I know that a few of them were.
12 Q.  How do you know that?
13 A.  Because my father and I discussed it.
14 Q.  Do you know if any of them were shared with the
15 bookkeepers?
16 A.  No, I don't know that.  I assumed that they were
17 going to be.
18 Q.  There was an e-mail you went through yesterday
19 that talks about being so sick.  I believe your
20 testimony was you were dope sick; do you recall that?
21 A.  Yes.
22 Q.  What were you dope sick from?
23 A.  The pain medication that I was taking, OxyContin
24 and oxycodone.
25 Q.  Some of that you bought on the street?

1    A.    Yes.

2    Q.    What does it mean to be dope sick?

3    A.    It means when you have -- you take the medication and your body gets used to it and it builds up a tolerance to it and then when you don't have it anymore and your body is craving those chemicals, craving the pills and your body starts to get really sick like you start sweating, you start shaking, you're cold, you tremble, you feel like you want to die. You have trouble sleeping. We have different ways in different people's bodies, but it makes it so debilitating that you can't leave your bed.

13    Q.    Did that happen to you?

14    A.    Yes.

15    Q.    From your addiction?

16    A.    Yes.

17    Q.    Did you talk to your dad about your drug addiction?

19    A.    Yes.

20    Q.    Had you ever been to drug treatment?

21    A.    No.

22        MR. MINA: Objection, Your Honor. This is beyond the scope of my cross-examination. This never came up.

25        THE COURT: Sustained. Jury will disregard

1    it.
2    BY MR. JOYCE:
3    Q.    Since January of 2014, had you received any money
4    from your father?
5    A.    No.
6    Q.    Had you received any prescriptions from your
7    father?
8    A.    No.
9    Q.    You indicated that you sold your phone after you
10   were contacted by agents in Florida; do you remember
11   that?
12   A.    Yes.
13   Q.    Why did you sell your phones?
14   A.    Because I needed money and nobody instructed me
15   not to sell it.
16   Q.    How old were you when you told your dad you had
17   HIV?
18   A.    I don't remember exactly how old I was.  I think
19   I was -- I think I was 19.
20   Q.    Before you moved to Florida in --
21   A.    Yes, it was before I moved to Florida, yes.
22              MR. JOYCE:  May I have a moment please, Your
23   Honor?
24              THE COURT:  Um-hmm.
25   A.    I'm sorry, I stand corrected.  That was when I

1 was around 20 years old, sorry.
2 Q. Ms. Sabean, do you recall being asked about the
3 time you picked up your prescriptions? What time was
4 that?
5 A. What time of day? I believe -- I don't believe I
6 was asked what time.
7 Q. And what time of day did you commonly pick up
8 prescriptions from CVS?
9 A. Typically it was at night, during the overnight
10 shift, but not always.
11 Q. In this time period, 2007 or so to 2014, what
12 hours of the day were you generally awake?
13 A. Usually at night.
14 Q. What time did you usually wake up in the morning?
15 A. I wouldn't wake up in the morning usually. I
16 would wake up in the afternoon.
17 Q. You would be up until after midnight?
18 A. Well, after midnight, yeah. Until 3:00 or 4:00
19 in the morning.
20          MR. JOYCE: No further questions.
21          THE COURT: Thank you. Recross, please, Mr.
22 Mina.
23          MR. MINA: Yes.
24                    RECROSS EXAMINATION
25 BY MR. MINA:

Shannon Sabean-Recross/Mina

1  Q.    Shannon, your memory has improved since
2  yesterday; hasn't it?
3  A.    Excuse me?
4  Q.    Has your memory improved since yesterday?
5  A.    No, sir.
6  Q.    Well, you had a hard time answering my questions
7  yesterday; didn't you?
8         MR. JOYCE:  Objection, argumentative.
9         THE COURT:  It is argumentative.  Mr. Mina,
10 speak into the microphone.
11 BY MR. MINA:
12 Q.    Yesterday I asked you a number of questions about
13 e-mails that came from your e-mail address.  You
14 admitted that they came from your e-mail address, but
15 you said you couldn't remember making them.  How many
16 times did that happen, Shannon?
17 A.    You're talking about hundreds and hundreds of
18 different e-mails that I've sent and received over the
19 years.
20 Q.    And yet today --
21        MR. JOYCE:  Objection.
22        MR. MINA:  Is there an objection?
23        THE COURT:  I think there was.  I didn't hear
24 it.  I think it's withdrawn.
25 BY MR. MINA:

1  Q.   And yet today, Mr. Joyce asked you questions and
2  you rattled off answers about the same time period; how
3  is that possible?
4       MR. JOYCE:  Objection.
5       THE COURT:  Sustained as to form.
6  BY MR. MINA:
7  Q.   Now, you just testified that it was your father
8  who sent you to the psychiatrist when you were 16 on
9  17?
10 A.   Yes, Dr. Metzger.
11 Q.   And you testified just now that you were hoping
12 your father would come to Florida to visit you,
13 correct?
14 A.   Yes.
15 Q.   And you did the tickets with the idea that they
16 would fool your mother and the accountants, correct?
17 A.   That was one of the reasons, yes.
18 Q.   But the other reason was you wanted your father,
19 who you are now accusing of sexual abuse, to come to
20 visit you in Florida, correct?
21 A.   There was a part of me that did want him to come
22 and visit, yes.  I loved my father even no matter what
23 he did to me.  I still love my father whether you
24 believe that or do, I do.  And today, this is the most
25 horrific thing I've ever had to do in my entire life.

1 You this think that I want to be back here?
2 Do you think that I want to be sitting here saying
3 these things about my father? Do you think that for
4 one second that I don't love my father more than --
5     THE COURT: All right, just stop. Mr. Mina.
6 BY MR. MINA:
7 Q. Shannon, your testimony seems to become
8 hysterical when I question you.
9     MR. JOYCE: Objection.
10     THE COURT: Sustained. Jury will disregard.
11 BY MR. MINA:
12 Q. Shannon, I want to ask you about this phone. Do
13 you need a break here?
14 A. Just a second. I'm just trying to get it
15 together. I'm sorry.
16     THE COURT: Go ahead, Mr. Mina.
17 BY MR. MINA:
18 Q. I want to ask you about the cellphone.
19 A. Okay.
20 Q. Is it your testimony that you were never told by
21 the Government to preserve evidence of your father's
22 abuse?
23 A. Nobody asked me for my phone. Nobody asked me
24 for that, no. Nobody ever told me hang on to your
25 phone, no. That is my testimony.

Shannon Sabean-Recross/Mina

1  Q.   And that occurred after -- the sale of the phone
2  occurred after the first time the agents spoke to you;
3  isn't that right?
4  A.   One of the phones was probably destroyed before
5  they spoke to me and one was after.
6  Q.   And those phones contained the text messages that
7  you've been testifying about under Government
8  questioning; don't they?
9  A.   It's not like I have a lot of experience doing
10 this and I told you yesterday that I thought very
11 simply that any of those text messages, they could
12 contact AT&T and AT&T would be able to give them to the
13 Government.  I assumed the Government already had them
14 and probably did too.
15 Q.   So you don't have any experience doing this, but
16 you know about the technology, you know about the
17 ability of the Government to recover evidence; is that
18 what you're saying?
19 A.   I know from listening to TV and watching TV that
20 they can usually pull up anything.  That the Government
21 is big brother, they can pull up anything they want and
22 find out anything they want about you.
23 Q.   Shannon, have you ever described yourself to
24 others as an actress?
25 A.   No.

1    Q.    Are you sure about that?

2    A.    Yes.

3    Q.    You've never told anybody I can convince anybody

4    of anything?

5    A.    No, I've never said that.

6          MR. MINA: One moment, Your Honor.

7          THE COURT: Thank you.

8          MR. MINA: Your Honor, may I approach sidebar,

9    please?

10         THE COURT: Sure, of course.

11         (Sidebar conference not transcribed at this

12    time).

13         (End of excerpt).

14            **C E R T I F I C A T I O N**

15    I, Dennis Ford, Official Court Reporter for the United

16    States District Court, District of Maine, certify that

17    the foregoing is a correct transcript from the record

18    of proceedings in the above-entitled matter.

19    Dated: November 8, 2016

20         /s/ Dennis Ford

21         Official Court Reporter

22

23

24

25