SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

NOV 18 2016

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JOEL A. SABEAN, | ) Docket no. 2:15-cr-175-GZS |
| | ) |
| | ) |
| Defendant. | ) |

## JURY VERDICT FORM

**COUNT 1: INCOME TAX EVASION**
*(Tax Year 2008)*

1. We, the Jury, find the Defendant, Joel Sabean, ____Guilty____.
   (Not Guilty/Guilty)

**COUNT 2: INCOME TAX EVASION**
*(Tax Year 2009)*

2. We, the Jury, find the Defendant, Joel Sabean, ____Guilty____.
   (Not Guilty/Guilty)

**COUNT 3: INCOME TAX EVASION**
*(Tax Year 2010)*

3. We, the Jury, find the Defendant, Joel Sabean, ____Guilty____.
   (Not Guilty/Guilty)

**COUNT 4: INCOME TAX EVASION**
*(Tax Year 2011)*

4. We, the Jury, find the Defendant, Joel Sabean, ____Guilty____.
   (Not Guilty/Guilty)

**COUNT 5: INCOME TAX EVASION**
*(Tax Year 2012)*

5. We, the Jury, find the Defendant, Joel Sabean, ____Guilty____.
   (Not Guilty/Guilty)

**COUNT 6: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about December 15, 2010)*

6.    We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
(Not Guilty/Guilty)

**COUNT 7: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about January 20, 2011)*

7.    We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
(Not Guilty/Guilty)

**COUNT 8: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about February 7, 2011)*

8.    We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
(Not Guilty/Guilty)

**COUNT 9: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about February 18, 2011)*

9.    We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
(Not Guilty/Guilty)

**COUNT 10: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about March 16, 2011)*

10.    We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
(Not Guilty/Guilty)

**COUNT 11: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about May 1, 2011)*

11.    We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
(Not Guilty/Guilty)

**COUNT 12: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about May 13, 2011)*

12.    We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
(Not Guilty/Guilty)

**COUNT 13: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about June 11, 2011)*

13.    We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
(Not Guilty/Guilty)

**COUNT 14: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about July 23, 2011)*

14. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
(Not Guilty/Guilty)

**COUNT 15: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about August 17, 2011)*

15. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
(Not Guilty/Guilty)

**COUNT 16: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about September 15, 2011)*

16. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
(Not Guilty/Guilty)

**COUNT 17: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about November 15, 2011)*

17. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
(Not Guilty/Guilty)

**COUNT 18: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about December 14, 2011)*

18. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
(Not Guilty/Guilty)

**COUNT 19: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about December 25, 2011)*

19. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
(Not Guilty/Guilty)

**COUNT 20: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about January 19, 2012)*

20. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
(Not Guilty/Guilty)

**COUNT 21: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about February 20, 2012)*

21. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
(Not Guilty/Guilty)

**COUNT 22: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about March 15, 2012)*

22.  We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
                                                     (Not Guilty/Guilty)

**COUNT 23: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about March 22, 2012)*

23.  We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
                                                     (Not Guilty/Guilty)

**COUNT 24: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about April 11, 2012)*

24.  We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
                                                     (Not Guilty/Guilty)

**COUNT 25: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about April 22, 2012)*

25.  We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
                                                     (Not Guilty/Guilty)

**COUNT 26: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about May 23, 2012)*

26.  We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
                                                     (Not Guilty/Guilty)

**COUNT 27: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about May 29, 2012)*

27.  We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
                                                     (Not Guilty/Guilty)

**COUNT 28: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about July 4, 2012)*

28.  We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
                                                     (Not Guilty/Guilty)

**COUNT 29: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about August 25, 2012)*

29.  We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
                                                     (Not Guilty/Guilty)

**COUNT 30: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about September 21, 2012)*

30. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
(Not Guilty/Guilty)

**COUNT 31: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about October 10, 2012)*

31. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
(Not Guilty/Guilty)

**COUNT 32: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about October 25, 2012)*

32. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
(Not Guilty/Guilty)

**COUNT 33: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about November 16, 2012)*

33. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
(Not Guilty/Guilty)

**COUNT 34: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about November 18, 2012)*

34. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
(Not Guilty/Guilty)

**COUNT 35: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about December 9, 2012)*

35. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
(Not Guilty/Guilty)

**COUNT 36: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about December 18, 2012)*

36. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
(Not Guilty/Guilty)

**COUNT 37: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about December 30, 2012)*

37. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
(Not Guilty/Guilty)

**COUNT 38: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about January 1, 2013)*

38. We, the Jury, find the Defendant, Joel Sabean, ___Guilty___.
(Not Guilty/Guilty)

**COUNT 39: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about January 30, 2013)*

39. We, the Jury, find the Defendant, Joel Sabean, ___Guilty___.
(Not Guilty/Guilty)

**COUNT 40: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about February 26, 2013)*

40. We, the Jury, find the Defendant, Joel Sabean, ___Guilty___.
(Not Guilty/Guilty)

**COUNT 41: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about March 18, 2013)*

41. We, the Jury, find the Defendant, Joel Sabean, ___Guilty___.
(Not Guilty/Guilty)

**COUNT 42: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about March 27, 2013)*

42. We, the Jury, find the Defendant, Joel Sabean, ___Guilty___.
(Not Guilty/Guilty)

**COUNT 43: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about March 27, 2013)*

43. We, the Jury, find the Defendant, Joel Sabean, ___Guilty___.
(Not Guilty/Guilty)

**COUNT 44: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about April 24, 2013)*

44. We, the Jury, find the Defendant, Joel Sabean, ___Guilty___.
(Not Guilty/Guilty)

**COUNT 45: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about May 8, 2013)*

45. We, the Jury, find the Defendant, Joel Sabean, ___Guilty___.
(Not Guilty/Guilty)


**COUNT 46: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about May 16, 2013)*

46. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
    (Not Guilty/Guilty)

**COUNT 47: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about June 14, 2013)*

47. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
    (Not Guilty/Guilty)

**COUNT 48: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about June 14, 2013)*

48. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
    (Not Guilty/Guilty)

**COUNT 49: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about June 15, 2013)*

49. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
    (Not Guilty/Guilty)

**COUNT 50: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about June 26, 2013)*

50. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
    (Not Guilty/Guilty)

**COUNT 51: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about July 24, 2013)*

51. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
    (Not Guilty/Guilty)

**COUNT 52: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about September 6, 2013)*

52. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
    (Not Guilty/Guilty)

**COUNT 53: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about September 14, 2013)*

53. We, the Jury, find the Defendant, Joel Sabean, __Guilty__.
    (Not Guilty/Guilty)

**COUNT 54: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about September 20, 2013)*

54. We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
(Not Guilty/Guilty)

**COUNT 55: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about October 25, 2013)*

55. We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
(Not Guilty/Guilty)

**COUNT 56: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about November 6, 2013)*

56. We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
(Not Guilty/Guilty)

**COUNT 57: UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCES**
*(on or about January 4, 2014)*

57. We, the Jury, find the Defendant, Joel Sabean, _____Guilty_____.
(Not Guilty/Guilty)

**COUNT 58: HEALTH CARE FRAUD**

58. We, the Jury, find the Defendant, Joel Sabean _____Guilty_____.
(Not Guilty/Guilty)

*Please sign and date the form.*   Signature Redacted. Original on File at the Clerk's Office

Dated: November 18, 2016

_____
Jury Foreperson